UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DENISE RICHELLE HASSEL | ) Case no. 16-71065-BHL-13 |
| | ) |
| Debtor | ) |

### MOTION TO DISMISS

Comes now the Debtor Denise Hassel, by counsel, and moves the Court to dismiss this case.

As grounds for this Motion, Debtor states that she is unable to fund a plan sufficient to pay the arrearages on her mortgage and save her home.

                                                   */s/ William D. Nesmith*
                                                   William D. Nesmith
                                                   DUNLAP & NESMITH, LLC
                                                   122 N. St. Joseph Avenue
                                                   Evansville, IN  47712
                                                   Tel. (812) 402-9970
                                                   Fax (812) 402-9976
                                                   wnesmith@dunlapnesmith.com
                                                   *Counsel for Debtor*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on **August 19, 2017** a copy of the foregoing Motion was filed electronically.   Notice of this filing will be sent to the following parties through the Court's ECF System.  Parties may access this filing through the Court's system.

Robert P. Musgrave, Trustee
Chap13@trustee13.com

Office of the U. S. Trustee
Ustpregion10.in.ecf@usdoj.gov

Stephen H. Patterson
Steven.patterson@rslegal.com
*Counsel for Flagstar Bank, FSB*

/s/William D. Nesmith
William D. Nesmith
Attorney for Debtor